UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PETER GRIGG,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BARBARA BENSON,<br><br>　　　　　　　Defendant. | Case No. CV-23-067-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

　　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the defendant pursuant to Rule 58 of the Federal Rules of Civil Procedure..

　　　Dated this 6th day of July, 2023.

　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　By: /s/ Annie Puhrmann
　　　　　　　　　　　　　　Annie Puhrmann, Deputy Clerk